# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH JEROME WALKER<br><br>Defendant. | 8:15CR59<br><br>ORDER |

The government has filed a Motion for Dismissal [Filing No. 85] of the Petition for Offender Under Supervision [Filing No. 68]. The motion will be granted.

IT IS ORDERED:

1. The Government's Motion for Dismissal [Filing No. 85] is granted; and

2. The Petition for Offender Under Supervision [Filing No. 68] is dismissed, without prejudice.

Dated this 5th day of August 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge